UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MARC PENBERG,

                Plaintiff,

- against -

HEALTHBRIDGE MANAGEMENT,

                Defendant.
-------------------------------------------------X

**O R D E R**

08 CV 1534 (SJF)

Defendant in the above-captioned case filed a motion for a temporary restraining order this morning, which was referred to undersigned. Having reviewed the papers and upon the consent of both parties, the Court hereby ORDERS plaintiff to disconnect his computer from the internet immediately. The remaining issues discussed in defendant's papers will be addressed at the telephone conference on March 2, 2009 at 3:00 p.m.

**SO ORDERED.**

Dated: Brooklyn, New York
       February 27, 2009

                                  Cheryl L. Pollak
                                  United States Magistrate Judge
                                  Eastern District of New York